# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-19-00576-CV

---

**Steven Leon Wiley, Phillip Craig Wiley, and Shannon Lynn Wiley, Appellants**

**v.**

**McLane Company, Inc. and Transco Inc., Appellees**

---

### FROM THE 146TH DISTRICT COURT OF BELL COUNTY
### NO. 298,646-B, THE HONORABLE JACK WELDON JONES, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Appellants Steven Leon Wiley, Phillip Craig Wiley, and Shannon Lynn Wiley have filed an unopposed motion to dismiss this appeal. We grant appellants' motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Gisela D. Triana, Justice

Before Chief Justice Rose, Justices Triana and Smith

Dismissed on Appellants' Motion

Filed: November 13, 2019